UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23cv07459-CAS (SKx)                                      Date: December 27, 2023

Title   *TYLER KEM v. STRIKE ADVISORY, LLC; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 19, 2024** why this action should not be dismissed for lack of prosecution as to **defendants VENTIVE, LLC; and JONATHAN CARDELLA, only.**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider a proofs of service of summons and complaint on **defendants VENTIVE, LLC; and JONATHAN CARDELLA** on or before the above date, as a satisfactory response to the Order to Show Cause.

                                                                                                 00:00
                                                                **Initials of Preparer**   CMJ